```
               UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF PUERTO RICO
```

Carlos A. Morales, et al.

    v.                                      NH Civil No. 05-ds-114-JD
                                            PR Civil No. 04-1760

Puerto Rico Department
of Education, et al.

### PROCEDURAL ORDER

The First Circuit Court of Appeals has issued a decision in a case that is remarkably similar to this case. See Diaz-Fonseca v. Commonwealth of P.R., --- F.3d ---, 2006 WL 1652490 (1st Cir. June 16, 2006). Diaz-Fonseca provides the governing law as to the limited remedies available in this case. Counsel shall carefully review Diaz-Fonseca and use their best efforts to reach a settlement of this case before **August 1, 2006.**

SO ORDERED.

                                                          Joseph A. DiClerico, Jr.
                                                          United States District Judge
                                                             (Sitting by designation.)

June 19, 2006

cc:  Jose E. Cespedes-Sabater, Esquire
     Alfredo Fernandez-Martinez, Esquire
     Kristine Burgos Santiago, Esquire
     USDC-PR, Clerk